| AO-10 (WP)<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br><br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978,*<br>*(5 U.S.C. App. §§101-111)* |

**COPY**

| 1. **Person Reporting** *(Last name, first, middle initial)*<br><br>CONNER, WILLIAM C. | 2. **Court or Organization**<br><br>United States District Court<br>Southern District of New York | 3. **Date of Report**<br><br>03/9/07 |
|---|---|---|
| 4. **Title** *(Article III judges indicate active or senior status;*<br>*magistrate judges indicate full- or part-time)*<br><br>Senior United States District Judge | 5. **Report Type** (check appropriate type)<br><br>___ Nomination, Date _____<br><br>___ Initial __X__ Annual ___ Final | 6. **Reporting Period**<br><br>01/01/06 to 12/31/06 |
| 7. **Chambers or Office Address**<br><br>United States Courthouse<br>300 Quarropas Street, Room 630<br>White Plains, New York 10601-4150 | 8. On the basis of the information contained in this Report and<br>any modifications pertaining thereto, it is, in my opinion,<br>in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] **NONE** (No reportable positions.) | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| [X] **NONE** (No reportable agreements.) | |

2007 MAR 14 A 11: 01 FINANCIAL DISCLOSURE OFFICE RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| [X] **NONE** (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

| | |
|---|---|
| [ ] **NONE** (No reportable non-investment income.) | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM C. CONNER | 03/9/07 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | **NONE** (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | **NONE** (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | **NONE** (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000  P3=25,000,001-50,000,000  P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM C. CONNER | 03/9/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 TYCO Int'l Common Stock | B | Div. | M | T | | | | | |
| 2 Precision Castparts " " | A | " | M | T | | | | | |
| 3 Merichem Corp. " " | A | " | L | U | | | | | |
| 4 N.Y. Dorm. Auth. Bonds | B | Int. | K | T | | | | | |
| 5 N.Y. Med. Care Facil. " | D | " | M | T | | | | | |
| 6 N.Y. Trans. Fin. Auth. " | C | " | L | T | | | | | |
| 7 N.Y. Dorm. Auth. " | B | " | K | T | | | | | |
| 8 N.Y. Med. Care Facil. " | D | " | M | T | | | | | |
| 9 N.Y.C. Ser. G " | B | " | K | T | | | | | |
| 10 N.Y.C. Ser. J " | B | " | K | T | | | | | |
| 11 N.Y. UDC Correc. Fac. " | B | " | K | T | | | | | |
| 12 N.Y. Energy R&D " | B | " | K | T | | | | | |
| 13 N.Y. Trans. Fin. Auth. " | C | " | L | T | | | | | |
| 14 N.Y.C. Water Auth. " | D | " | N | T | | | | | |
| 15 N.Y. Dorm. Auth. " | B | " | K | T | | | | | |
| 16 N.Y.C. Trans. Fin. Auth. " | B | " | K | T | | | | | |
| 17 N.Y. Dorm. Auth. " | C | " | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM C. CONNER | 03/9/07 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 N.Y. Dorm. Auth. Bonds | C | Int. | L | T | | | | | |
| 19 N.Y. Dorm. Auth. " | C | " | L | T | | | | | |
| 20 N.Y. Dorm. Auth. " | C | " | L | T | | | | | |
| 21 L.I. Power Auth. " | C | " | L | T | | | | | |
| 22 Port Authority " | C | " | L | T | | | | | |
| 23 N.Y.C. Water Auth. " | D | " | M | T | | | | | |
| 24 N.Y.C. Water Auth. " | D | " | M | T | | | | | |
| 25 N.Y.C. Water Auth. " | C | " | L | T | | | | | |
| 26 N.Y. Dorm. Auth. " | C | " | L | T | | | | | |
| 27 N.Y. Dorm. Auth. " | C | " | L | T | | | | | |
| 28 N.Y. Dorm. Auth. " | D | " | M | T | | | | | |
| 29 N.Y. Med. Care Facil. " | C | " | L | T | | | | | |
| 30 N.Y. Dorm. Auth. " | D | " | M | T | | | | | |
| 31 N.Y. Dorm. Auth. " | D | " | N | T | | | | | |
| 32 N.Y. Dorm. Auth. " | D | " | M | T | | | | | |
| 33 Triboro B & T Auth. " | C | " | L | T | | | | | |
| 34 Met. Trans. Auth. " | D | " | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM C. CONNER | 03/9/07 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 35  Met. Trans. Auth.           Bonds | D | Int. | M | T | | | | | |
| 36  Met. Trans. Auth.           " | C | " | L | T | | | | | |
| 37  N.Y. Dorm. Auth.            " | D | " | M | T | | | | | |
| 38  N.Y. Urban Dev. Corp.       " | C | " | L | T | | | | | |
| 39  Met. Trans. Auth.           " | D | " | M | T | | | | | |
| 40  Triboro B & T Auth.         " | C | " | L | T | | | | | |
| 41  Port Authority              " | B | " | | | Sell | 6/1 | L | | |
| 42  N.Y. Dorm. Auth.            " | C | " | L | T | | | | | |
| 43  Triboro B & T Auth.         " | C | " | L | T | | | | | |
| 44  N.Y. Dorm. Auth.            " | C | " | L | T | | | | | |
| 45  N.Y. Environ. Fac.          " | C | " | L | T | | | | | |
| 46  Port Authority              " | D | " | M | T | | | | | |
| 47  N.Y. Gen. Oblig.            " | C | " | L | T | | | | | |
| 48  N.Y. Dorm. Auth.            " | C | " | L | T | | | | | |
| 49  Triboro B & T Auth.         " | D | " | M | T | | | | | |
| 50  Triboro B & T Auth.         " | D | " | M | T | | | | | |
| 51  N.Y.C. Trans. Fin. Auth.    " | D | " | M | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | – |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 52 L.I. Power Auth. Bonds | C | Int. | L | T | | | | | |
| 53 Triboro B & T Auth. " | D | " | M | T | | | | | |
| 54 N.Y.C. Water Auth. " | D | " | M | T | | | | | |
| 55 Triboro B & T Auth. " | D | " | M | T | | | | | |
| 56 N.Y.C. Water Auth. " | B | " | K | T | | | | | |
| 57 N.Y. Environ. Fac. " | C | " | L | T | | | | | |
| 58 N.Y. Environ. Fac. " | D | " | M | T | | | | | |
| 59 N.Y. Environ. Fac. " | C | " | L | T | | | | | |
| 60 N.Y. Environ. Fac. " | D | " | M | T | | | | | |
| 61 Wash. & Warren Cos. " | D | " | M | T | | | | | |
| 62 L.I. Power Auth. " | D | " | M | T | | | | | |
| 63 N.Y.C. Water Auth. " | D | " | M | T | | | | | |
| 64 N.Y. Dorm. Auth. " | C | " | L | T | | | | | |
| 65 Madison Co. N.Y. " | C | " | L | T | | | | | |
| 66 N.Y.C. Water Auth. " | C | " | L | T | | | | | |
| 67 Port Authority " | C | " | L | T | | | | | |
| 68 N.Y. Environ. Fac. " | D | " | M | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM C. CONNER | 03/9/07 |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | | |
| 69 L.I. Power Auth. | Bonds | D | Int. | M | T | | | | | |
| 70 N.Y. Environ. Fac. | " | D | " | M | T | | | | | |
| 71 N.Y. Environ. Fac. | " | D | " | M | T | | | | | |
| 72 N.Y. Environ. Fac. | " | C | " | L | T | | | | | |
| 73 N.Y.C. Water Auth. | " | D | " | M | T | | | | | |
| 74 N.Y. Dorm. Auth. | " | C | " | L | T | | | | | |
| 75 N.Y.C. Water Auth. | " | C | " | L | T | | | | | |
| 76 N.Y. Dorm. Auth. | " | B | " | L | T | | | | | |
| 77 N.Y.C. Water Auth. | " | B | " | L | T | | | | | |
| 78 N.Y. Environ. Fac. | " | B | " | L | T | | | | | |
| 79 N.Y. Dorm. Auth. | " | C | " | M | T | | | | | |
| 80 Livingston Co. NY | " | B | " | L | T | | | | | |
| 81 Port Authority | " | B | " | L | T | | | | | |
| 82 N.Y. Environ. Fac. | " | B | " | L | T | | | | | |
| 83 N.Y.C. Water Auth. | " | B | " | L | T | | | | | |
| 84 Met. Trans. Auth. | " | B | " | L | T | | | | | |
| 85 Suffolk Co. NY | " | B | " | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | | |
| 86 | N.Y. Dorm Auth.         Bonds | B | Int. | L | T | Buy | 1/5 | L | | |
| 87 | N.Y.C. Water Auth.         " | B | " | L | T | " | 2/1 | L | | |
| 88 | N.Y.C. Water Auth.         " | C | " | M | T | " | 2/7 | M | | |
| 89 | N.Y. Gen. Oblig.         " | B | " | L | T | " | 3/15 | L | | |
| 90 | Met. Trans. Auth.         " | B | " | L | T | " | 5/22 | L | | |
| 91 | N.Y.C. Water Auth.         " | B | " | L | T | " | 7/5 | L | | |
| 92 | N.Y.C. Water Auth.         " | B | " | L | T | " | 7/5 | L | | |
| 93 | N.Y.C. Water Auth.         " | B | " | L | T | " | 7/31 | L | | |
| 94 | N.Y.C. Water Auth.         " | A | " | M | T | " | 8/15 | M | | |
| 95 | Webb, N.Y. Gen. Oblig.         " | A | " | L | T | " | 10/3 | L | | |
| 96 | L.I. Power Auth.         " | A | " | L | T | " | 12/5 | L | | |
| 97 | First Trust Ins. Munic.:         Bonds | | | | | | | | | |
| 98 | Series 19 | A | Int. | J | T | | | | | |
| 99 | Insured Munic. Inc. Trust:         Bonds | | | | | | | | | |
| 100 | Series 21 | A | Int. | J | T | | | | | |
| 101 | Series 64 | A | " | J | T | Partial Redemp. | 5/25<br>11/25 | J | | |
| 102 | Series 73 | A | " | J | T | " | 5/25<br>11/25 | J | | |
| 103 | | | | | | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of*

*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| *Place "(X)" after each asset exempt from prior disclosure.* | Amt. Code1 (A-H) | Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 104 Empire Gtd. Mun. ExTrust: Bonds | | | | | | | | | |
| 105      Series 29 | A | Int. | J | T | | | | | |
| 106      Series 36 | A | " | J | T | Partial Redemp. | 12/1 | J | | |
| 107      Series 41 | A | " | J | T | | | | | |
| 108      Series 64 | A | " | | | Redemp. | 3/15 | J | | |
| 109      Series 80 | A | " | | | " | 1/26 | J | | |
| 110      Series 87 | A | " | | | Redemp. | 2/27 | J | | |
| 111      Series 91 | A | " | J | T | Partial Redemp. | 3/15 | J | | |
| 112      Series 98 | A | " | K | T | | | | | |
| 113      Series 100 | A | " | J | T | | | | | |
| 114      Series 110 | A | " | J | T | | | | | |
| 115      Series 112 | A | " | J | T | | | | | |
| 116      Series 115 | A | " | J | T | | | | | |
| 117      Series 116 | B | " | K | T | | | | | |
| 118      Series 119 | B | " | K | T | Partial Redemp. | 2/1 | J | | |
| 119      Series 120 | A | " | J | T | " | 2/1 | J | | |
| 120      Series 122 | B | " | K | T | " | 2/1 | K | | |
| 121      Series 126 | B | " | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 122 Series 127 | B | Int. | K | T | Partial Redemp. | 3/15 | K | | |
| 123 Series 128 | A | " | J | T | " | 7/31 | J | | |
| 124 Series 129 | B | " | K | T | | | | | |
| 125 Series 130 | A | " | J | T | " | 2/1 7/31 | J | | |
| 126 Series 131 | B | " | K | T | " | 2/1 8/1 | K | | |
| 127 Series 132 | B | " | | | Redemp. | 6/29 | L | | |
| 128 Series 133 | B | " | | | " | 8/18 | L | | |
| 129 Series 134 | B | " | J | T | Partial Redemp. | 7/31 9/15 | J | | |
| 130 Series 135 | B | " | J | T | " | 7/31 | K | | |
| 131 Series 136 | B | " | K | T | | | | | |
| 132 Series 137 | C | " | K | T | " | 8/1 | J | | |
| 133 | | | | | | | | | |
| 134 The Bank of New York | A | Int. | L | T | | | | | |
| 135 (Accounts of ▓▓▓▓▓ branch) | | | | | | | | | |
| 136 Astoria Federal Savings | A | " | J | T | | | | | |
| 137 (Savings account in ▓▓▓▓ at ▓▓▓▓ branch) | | | | | | | | | |
| 138 Farm, Itasca, Texas | E | Oil Lease | L | W | | | | | |
| 139 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,000-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>WILLIAM C. CONNER | Date of Report<br><br>03/9/07 |
| --- | --- | --- |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature                                 Date _March 9, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544